## BRYANT v. THE STATE.

CANDLER, J. There was no error in the charge complained of. The evidence amply warranted the verdict, and it was not erroneous to overrule the motion for a new trial.

*Judgment affirmed. All the Justices concurring, except Lumpkin, P. J., absent.*

Argued December 15, 1902.— Decided January 9, 1903.

Indictment for murder. Before Judge Hansell. Colquitt superior court. November 7, 1902.

*W. S. Humphreys* and *W. A. Covington*, for plaintiff in error.

*John C. Hart, attorney-general,* and *W. E. Thomas, solicitor-general,* contra.